IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARLEYSVILLE INSURANCE CO. OF NEW JERSEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| QUINCY MUTUAL FIRE INS. CO. | : | NO.  09-1728 |

**O R D E R**

**AND NOW, TO WIT:** This 2nd day of January, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby

**ORDERED**  that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ L. FELIPE RESTREPO____
L. FELIPE RESTREPO
U.S. MAGISTRATE JUDGE